# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2015.

————————

No. 3D14-393
Lower Tribunal No. 12-3730

————————

**In Re: Forfeiture of 100,000 Euros**
**Luis Felipe Ospina Garrido and Ospina Garrido e Hijos,**
Appellants,

vs.

**Miami-Dade Police Department,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Berrio & Berrio and Juan D. Berrio, for appellants.

Kimberly Redmon-Jones, for appellee.

Before WELLS, ROTHENBERG and LAGOA, JJ.

WELLS, Judge.

On Motion for Clarification

We grant Appellant's Motion to Clarify the Record solely to correct two dates in the opinion of this court issued February 25, 2015. It is undisputed that Homeland Security visited Ospina's business in Colombia February 3, 2012, eight days after visiting the Appellant's two suppliers in the United States. February 7, 2012, some four days later, MDPD filed its verified forfeiture complaint. The opinion of this court issued February 25, 2015 is unchanged in all other respects.